UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

| | |
|---|---|
| KAVEH ABEDI<br>　　　Petitioner,<br><br>v.<br>CRYSTAL CARTER, et al<br>　　　Respondents,<br>_____ | )<br>) Case No: 5:25-cv-03141-JWL<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. 2107(b)(2), (3) and FED. R. APP. P. 3(a)(1), 4(a)(1)(B)(ii), (iii), notice is hereby given that the named Plaintiff, Kaveh Abedi, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the October 6, 2025, Clerk's Judgment [Doc. 12] and all orders encompassed by that final judgment, including the district court's Order of October 6, 2025 [Doc. 11].

Respectfully submitted this 6th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　Sharma-Crawford Attorneys at Law

　　　　　　　　　　　　　　　　　　　　*s/Rekha Sharma-Crawford*
　　　　　　　　　　　　　　　　　　　　Rekha Sharma-Crawford, KS# 16531
　　　　　　　　　　　　　　　　　　　　W. Michael Sharma-Crawford, KS #20857
　　　　　　　　　　　　　　　　　　　　William Hanna, KS# 14480
　　　　　　　　　　　　　　　　　　　　Sharma-Crawford Attorneys
　　　　　　　　　　　　　　　　　　　　515 Avenida Cesar E. Chavez
　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　　　　　　P: (816) 994-2300
　　　　　　　　　　　　　　　　　　　　rekha@sharma-crawford.com
　　　　　　　　　　　　　　　　　　　　michael@sharma-crawford.com
　　　　　　　　　　　　　　　　　　　　william@sharma-crawford.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Appeal was filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to counsel of record for the respondents, Russell J. Keller, [russell.keller@usdoj.gov](mailto:russell.keller@usdoj.gov).

October 6, 2025,	Respectfully Submitted,

    Sharma-Crawford Attorneys at Law

    *<u>s/Rekha Sharma-Crawford</u>*
    Rekha Sharma-Crawford